# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty-six.

Before: Michael H. Park,
*Circuit Judge.*

---

In Re: Luis Leandro Ortiz Ribera,

Petitioner,

********************************

Luis Leandro Ortiz Ribera,

Petitioner,

v.

United States of America,

Respondent.

---

**ORDER**

Docket No. 26-2965

Petitioner moves for an emergency stay of district court proceedings and for leave to file his petition for a writ of mandamus under seal. The Government opposes the motion to stay, and moves for leave to file a response to the petition, to expedite, and for leave to file its motion under seal.

IT IS HEREBY ORDERED that, to the extent Petitioner seeks an adminstrative stay of district court proceedings pending review by a three-Judge panel, the motion is DENIED. The motion to stay is REFERRED to a three-Judge panel.

The Government's motion for leave to respond to the petition is GRANTED; any response shall be filed today, October 30, 2026. The parties' motions to seal are GRANTED. The Government's motion to expedite is DENIED as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe