# Sealed Opposition, to Petition for Writ of Mandamus, at entry 1, on behalf of Respondent United States of America

**Entry: 25**

**In Re: Luis Leandro Ortiz Ribera**

**Docket Number: 26-2965**